**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Edward Raker,

     Plaintiff,

v.

United States Department of Health and Human Services and Robert Kennedy, Jr.,

     Defendants.

No. CV-26-02938-PHX-JAT

**ORDER**

Plaintiff has moved to amend the complaint. (Doc. 11). The entirety of Plaintiff's motion is "I accidentally named a second Defendant on initial filing." (*Id*.).

Plaintiff lodged a proposed amended complaint. (Doc. 12). The proposed amended complaint is completely blank except for the caption, which names only the United States Department of Health and Human Services.

An amended complaint completely supersedes the original complaint; the latter being treated thereafter as non-existent. *Valadez–Lopez v. Chertoff,* 656 F.3d 851, 857 (9th Cir. 2011). In other words, "the original pleading no longer performs any function...." *Ferdik v. Bonzelet,* 963 F.2d 1258, 1262 (9th Cir. 1992).

Here, the proposed amended complaint, which is blank, could not survive screening. Further, the Court does not believe deleting all prior allegations was Plaintiff's intent. Instead, the Court construes the motion to amend to, in reality, be a motion to dismiss Defendant Kennedy, only. So construed,

**IT IS ORDERED** that Plaintiff's motion to amend the complaint (Doc. 11) is

denied.  The proposed amended complaint lodged at Doc. 12 shall not be filed.

**IT IS FURTHER ORDERED** that Defendant Robert Kennedy, Jr. (only) is dismissed, without prejudice.

Dated this 19th day of May, 2026.

James A. Teilborg
Senior United States District Judge