**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Edward Raker,

    Plaintiff,

v.

United States Department of Health and Human Services,

    Defendant.

No. CV-26-02938-PHX-JAT

**ORDER**

Service was due in this case by July 28, 2026. *See* Fed. R. Civ. P 4(m). On July 20, 2026, a proof of service was filed showing service on the Department of Health and Human Services in Washington, D.C. (Doc. 15). No other proof of service is on file.

Under Federal Rule of Civil Procedure 4(i),

> (1)…To serve the United States, a [plaintiff] must:
> (A)
>     (i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or
>     (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
> (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.
> (2) *Agency; Corporation; Officer or Employee Sued in an Official Capacity.* To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

Fed. R. Civ. P. 4(i).

It appears to the Court that Plaintiff accomplished service as required in subsection 2 above, but Plaintiff did not accomplish service as required in subsections A or B above, which are both also required to complete service. Therefore, it appears that Plaintiff did not accomplish service by the deadline.

Accordingly,

**IT IS ORDERED** that Plaintiff has until September 3, 2026, to properly serve the Defendant or this case will be dismissed without prejudice.

Dated this 3rd day of August, 2026.

James A. Teilborg
Senior United States District Judge

- 2 -